UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| In Re:  Lavo Kittomia Smith | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No:  B-16-80266 C-13D |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On June 15, 2016, the Debtor's Plan was confirmed.  United Consumer Financial Services ("UCFS") has filed a claim in in the amount of $1,690.30 secured by consumer goods.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing the claim filed by the UCFS as secured in the amount of $1,690.30 with interest at the rate of 5.50% per annum payable in monthly installments of $35.00.


Date:   June 24, 2016                                                                            s/Richard M. Hutson II
ltp                                                                                                         Standing Trustee
-----------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before July 25, 2016, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on August 4, 2016, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date:   June 24, 2016                                                                   OFFICE OF THE CLERK
                                                                                                           U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-16-80266 C13D**

Lavo Kittomia Smith
606 Hanson Road
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

United Consumer Financial Services
% Bass & Associates, PC
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712